DARROW SOLARI v. BOARD OF REVIEW.

June 12, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS NELSON &
ARTHUR TUCKER.

June 12, 1979.  Petition for certification denied.

CITY OF MILLVILLE v. STATE OF NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL PROTECTION.

June 12, 1979.  Petition for certification denied.

CABRINI B. LEPIS v. JAMES G. LEPIS.

June 12, 1979.  Petition for certification granted.

JOSEPH F. SHANAHAN v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

June 12, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LARRY POWELL.

June 12, 1979.  Petition for certification granted.